AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Georgia Crase | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. Lexington 14-cv-314-KKC |
| Portfolio Recovery Associates, L.L.C. et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   09/25/2014   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   11/06/2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Eastern District of Kentucky
**F I L E D**

SEP 2 5 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

GEORGIA CRASE, )
)
    Plaintiff, )
) Civil Action No. 5:14-cv-314-KKC
v. )
)
PORTFOLIO RECOVERY ASSOCIATES, )
LLC; and )
)
DOE 1-5 )
)
    Defendants. )
)

## [ORDER] GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY FEES

The matter before the Court is Plaintiff GEORGIA CRASE'S Motion for Default Judgment and Attorney's Fees against PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant") pursuant to FRCP Rule 55(b)(2).

### I. PROCEDURAL BACKGROUND.

On August 5, 2014, Plaintiff filed suit against Defendant alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.). Defendant was served with the lawsuit on August 8, 2014. Defendant failed to file a responsive pleading or otherwise appear in any manner. Defendant did not contact Plaintiff. On September 2, 2014, Plaintiff filed a Request for Entry of Default, which the Court entered on September 8, 2014. Defendant did not move to set aside the Entry of Default or otherwise appear. On September 25, 2014, Plaintiff moved for the current Default Judgment.

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: Colleen Dawkins
Date: 11/6/14

## PLAINTIFF'S COMPLAINT SUPPORTS A CLAIM FOR RELIEF

Plaintiff's allegations are sufficient to show that Defendant violated the Fair Debt Collection Practices Act. Plaintiff's allegations may be taken as true in the absence of Defendant's response.

## DAMAGES

The Fair Debt Collection Practices Act provides for statutory damages as the court may allow, but not exceeding $1,000; any actual damage sustained by such person, and the costs of the action, together with a reasonable attorney's fee as determined by the court. (15 U.S.C. 1692k). Plaintiff seeks $1,000 in statutory damages, $530.00 in costs, and $3,625.00 in attorney's fees. Plaintiff has sufficiently pled violations of the 15 U.S.C. 1692c and 1692d, and may therefore recover $1,000.00 pursuant to 15 U.S.C. 1692k(a)(2)(A). Plaintiff's attorney has submitted a detailed billing summary accounting for $530.00 in costs, and $3,625.00 in attorney's fees. Plaintiff's attorney's rate and therefore calculated fees are found to be reasonable.

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff GEORGIA CRASE and against PORTFOLIO RECOVERY ASSOCIATES, LLC in the amount of $5,155.00.

IT IS SO ORDERED on this 25 day of Sept, 2014.

_____
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE