UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GEORGIA CRASE,<br>    Plaintiff/Judgment Creditor,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br>and DOE 1-5.<br>    Defendant/ Judgment Debtor, | )<br>)<br>)<br>)<br>) Civil Action No. 4:14-mc-00666<br>)<br>) Return Date: December 31, 2014<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPOINT**
**PRIVATE PROCESS SERVER**

Comes now Plaintiff/Judgment Creditor, GEORGIA CRASE, and moves the Court to appoint Marybeth Rice as a private process server for service of garnishment documents on garnishee BANK OF AMERICA in the above-styled cause. Marybeth Rice possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

NAME AND ADDRESS OF PROCESS SERVER:

Marybeth Rice
4554 Gibson Ave.
St. Louis, MO 63110

Date: November 26, 2014

Respectfully submitted,

s/Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff GEORGIA CRASE
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com